# EXHIBIT B



# 1 Trick of a Tiny Belly: Reporter Loses Her "Belly" Using 1 Easy Tip

As part of a new series: "Diet Trends: A look at America's Top Diets" we examine consumer tips for dieting during a recession

Friday, January 14, 2011

» RELATED VIDEOS

**Acai Berry: Fox35 Special Report**





**Julie** investigates the Acai Berry diet to find out for herself if this super diet works.

**( Piscataway )** - Acai berries are the latest weight loss fad. These so called Super Foods that you take as a supplement to lose weight have been getting a lot of international attention. And like you have probably already seen; they are all over the internet in blogs and success stories of people who have apparently used the pills and lost a ton of weight.

But we here at News 6 are a little skeptical and aren't sure that we've seen any real proof that these pills work for weight loss. So we decided to put these products to the test. What better way to find out the truth than to conduct our own study?



Julie Ayers, our Health and Diet columnist, recently put the Acai and COffee Diet to the test. After four weeks of testing the effects of America's Newest Superfood combined with a Coffee Diet Aid, she has reached the conclusion to what this diet is all about, and the results were surprising.

**She lost 25lbs in 4 weeks.**

The benefits of the Acai berry and coffee diet beat all of our initial skepticism. We found the diet not only with weight loss, but it seemed to boost energy levels, and also helped Julie sleep better and to wakeup more rested.

Acai Health Benefits. America's #1 Superfood. Look younger and Live Longer and Healthier.

**Health Benefits of Coffee: CBS News**

"Protects against obesity, heart disease, prostate cancer and type 2 diabetes

» ADVERTISEMENTS



To get started, I volunteered to be the guinea pig. I applied for a free trial of the LeanSpa Acai. While there are ton of Acai berry ads online, LeanSpa Acai is one of the most credible and trustworthy suppliers on the market. It included the free trial of the product and it did not try to fool me into agreeing to additional hidden offers. Another reason why I chose LeanSpa Acai is because it is the most concentrated and purest acai products on the market. This would give me the most accurate results for my test.

**Here is what LeanSpa Acai claimed on their website...**

- Up To 4 Times More Weight Loss Than Standard Diets
- Boosts Energy without the 'jitters'
- Burn Calories
- Boost Immune System
- Rich in Antioxidants

We were pretty skeptical, but wanted to find out for ourselves if this product could actually do everything that it claimed. Most of the success stories talk about combining acai berry with coffee cleansing products to achieve maximum weight loss. I decided to do the same. The idea behind combining the products is that while the Acai Berry encourages weight loss and increases energy, the coffee helps speeds up your metabolism and allows your body to work and burn calories more efficiently. I chose South Beach Java to test. Coffee is the most widely consumed beverage in the world, a coffee company called South Beach Java has pioneered a healthier blend of fortified coffee that claims to provide some serious results.

**Step 1:**

First get **LeanSpa Acai**
Use our exclusive promo **"LEAN195"** and get price reduced to $2.99!

**Step 2:**

Then get **South Beach Java**
Use our exclusive promo **"SAVE"** and get price reduced to $1.95!

**\*\*This is key**. Use both for results like Julie

Free Trials expire on Saturday, January 15, 2011

**Network Reviews:**

ABC News Calls Acai Berry A Superfood! Many world-class athletes have started using Acai berry products as part of

**Here is what South Beach Java claimed on their website...**

- Burns Body Fat
- Curbs Appetite Dramatically

- Speeds Up the Metabolic Process - Therefor Burning More Calories
- Helps to Regulate the Metabolism

And the South Beach Java, like the Acai Berry, had a free trial with a 100% satisfaction guarantee and had no hidden offers.

### Putting Acai to the Test

Both the LeanSpa Acai and South Beach Java arrived within 4 days of having placed my order online for the free trials.

The bottles I received held a month's worth of pills and special coffee which worked out perfect as I was to follow the supplement routine for 4 weeks time and document my progress throughout.

### My Test

### 4 Week Acai Berry and Coffee Diet: LeanSpa Acai + South Beach Java

- Take one LeanSpa Acai pill per day
- Take one South Beach Java serving per day

**My Results**

**Week One**

After one week on the diet using both products I was surprised at the dramatic results. My energy level was up, and I wasn't even hungry, an apparent side effect of the Acai Berry and Coffee which curbs the appetite.

I honestly felt fantastic.

And I didn't even change anything about my daily routine. On day 7 I got on the scale and couldn't believe my eyes. I had lost 9 lbs. But I still wasn't convinced as they say you lose a lot of water at the beginning of any diet. I wanted to wait and see the results in the upcoming weeks. But it sure was looking up! I now weighed under 140 lbs for the first time in years!

**Week Two**

After two weeks of using both supplements, I started the week off with even more energy and was actually sleeping more soundly than before. I was no longer waking up during the night and tossing and turning because my body was actually able to relax (this is a result of getting rid of the toxins I think). Plus I still managed to lose another 7 lbs, putting me at an unbelievable 16 lbs of weight loss, in just 2 weeks.

I must admit that I'm starting to believe that this diet is more than just a gimmick.

**Week Three**

After 3 weeks all my doubts and skepticism had absolutely vanished! I am down, 2 full dress sizes, after losing another 6 lbs. And I still have a ton of energy. Quite often, around the third week of other diets, you tend to run out of steam. But with the LeanSpa with Acai and South Beach Java diet my energy levels don't dip, but remain steady throughout the day. I no longer need that cat nap around 3pm in the afternoon! And I am even noticing that my stomach is digesting food so much better. No bloating or embarrassing gas after I eat!!

**Week Four**

After the fourth week, my final results were shocking. I lost an unbelievable 25 lbs since starting the LeanSpa Acai and South Beach Java diet! Actually everyone at News 6 is kicking themselves for not having volunteered to be the guinea pig. Using the LeanSpa Acai and South Beach Java in week 4 I lost 3 more lbs. But to be honest I really didn't have much more than that



their personal training regimen.
- *ABC News*



Studies show that the acai berry is one of the most nutritious foods in the world. Acai is packed with antioxidants, amino acids and essential fatty acids.
- *MSNBC*



CBS News notes that Acai berries are "rich in B vitamins, minerals, fiber, protein and omega-3 fatty acids. Acai berries also contain oleic acid.
- *CBS NEWS*

*Weather*



Weather Forecast | Weather Maps | Weather Radar



**» Weight Loss Tips**

**1. Set a goal.** Identify your ideal weight and set up a plan to start reaching your goal.

**2. Don't be afraid to ask for and get help.** You're not going to lose weight alone. Tell you family. Get support.

**3. Vitamins are good for you.** The American diet lacks essential vitamins and minerals. Balance your health with the best supplements.

**4. Walk the Walk.** You burn calories when you walk, did you know that? Keep active and balance your diet with regular exercise.

**5. Sleep it off.** To be an efficient fat-burning machine, your body requires at least eight hours of sleep a night. If you think that you're doing yourself a favor by sleeping less, you're mistaken.

> left to lose. Given the results and the added health benefits I will continue to use the products indefinitely!
>
> **I couldn't be any happier with the results.**
>
> **I Lost 25 lbs in 4 Weeks, No Special Diet, No Intense Exercise**

**Conclusion**: Like us, here at News 6, you might be a little doubtful about the effects of this diet, but you need to try it for yourself; the results are real. After conducting our own personal study we are pleased to see that people really are finding success with it (myself included :) ). And you have nothing to lose. Follow the links to the free trials I have provided and know that you are getting a quality product that works; no strings attached!

Good luck with your weight loss,
- Julie Ayers

Click Here To Get A Free Trial Of LeanSpa Acai
Use our exclusive promo **"LEAN195"** and **get price reduced to $2.99!**

Click Here To Get A Free Trial Of South Beach Java
Use our exclusive promo **"SAVE"** and **get price reduced to $1.95!**

**\*\*This is key**. **Use both to get the same results as Julie**!

Free Trials expire on Saturday, January 15, 2011

Would you like to share a consumer tip for next week? If so, please send us an e-mail!

## Comments (10 out of 177)

Read Responses For:   "Diet Trends: A look at America's Top Diets" - Julie Ayers Report

**Diane says:**                                                     11:33 AM Thursday, January 13, 2011

My friends and I have all been waiting for the acai diet to hit the news. Atleast 5 of us have all done the acai diet (costing us upwards of $300+) and we all lost a bunch of weight. This stuff truley is incredible and has changed all of our lives. Good luck to everyone who takes advantage of this wonderful opportunity

**Michelle says:**                                                  12:58 PM Thursday, January 13, 2011

I saw this report on tv the other day and was amazed at the results. I am getting married next month so the timing couldn't have been better!! thanks for the tip!

**Jen says:**                                                       1:54 PM Thursday, January 13, 2011

I've gone ahead and ordered my free trials. I can't wait to get started and see what happends.

**Stephen says:**                                                   4:24 PM Thursday, January 13, 2011

I've been seeing acai diets all over. I even heard my mom talking about this diet a few days ago since one of her friends has lost like 12 lbs in the first 15 days! I definately have to try this, thanks.

**Julie says:**                                                     5:16 PM Thursday, January 13, 2011

Yay! glad to see it's helped and that my story is getting out there! good luck!

**Davis says:**                                                     6:05 PM Thursday, January 13, 2011

This stuff is amazing! My best friend Jessica did the same diet and lost an incredible amount of weight.. i couldn't believe it and had to do some research on my own which is how I found this news article. I can't

believe they are offering free trials! I know Jessica spent something like $600 and was thrilled.. imagine how excited she would be if it cost her under $10.00. This is a godsend, thanks so much!!

**Damo says:**                                                7:17 PM Thursday, January 13, 2011

I've been struggling my whole life with my weight and I really hope this is the answer. I've gone ahead and ordered the free trials and signed up to the gym aswell. I really hope to lose atleast 50 pounds before the end of the year.

**Amy says:**                                                 7:38 PM Thursday, January 13, 2011

Hey Julie, i just ordered my free trials. I can't wait to get them!! Thanks, Amy xoxoxo

**James says:**                                               8:31 PM Thursday, January 13, 2011

My wife used both these products, and the change in her is remarkable. She looks and feels wonderful and we are BOTH grateful!

**Wanda says:**                                               9:45 PM Thursday, January 13, 2011

A friend of mine did the LeanSpa Acai diet and recommended it to me 3 weeks ago. I ordered the products and received them within 3 days (although I didnt get the discounted shipping). The results have been incredible and I can't wait to see what weeks 3 and 4 bring.

## Leave A Reply

Comments will appear after approval by our editorial team. Thank you.

Name: [          ]

City: [          ]

Email: [          ]

Message: [          ]

Submit

© 2010 online6health.com

All Rights Reserved

**TERMS AND CONDITIONS CAREFULLY READ AND AGREE TO PURCHASE TERMS BELOW BEFORE ORDERING:**

The statements made on this website have not been evaluated by the Food & Drug Administration. The FDA only evaluates foods and drugs, not supplements like these products. These products are not intended to diagnose, prevent, treat, or cure any disease. Results may vary. If you are pregnant, nursing, taking other medications, have a serious medical condition, or have a history of heart conditions we suggest consulting with a physician before using any supplement. The information contained in this Website is provided for general informational purposes only. It is not intended as and should not be relied upon as medical advice. The information may not apply to you and before you use any of the information provided in the site, you should contact a qualified medical, dietary, fitness or other appropriate professional. If you utilize any information

Online 6 Health News - Diet Trends: A look at America's Top Diets

provided in this site, you do so at your own risk and you specifically waive any right to make any claim against the author and publisher of this Website and materials as the result of the use of such information.

*S&H charges do apply. Results will vary by person, and the special offers may only be available for a limited time. Some of the products described on this site have terms regarding continued billing after the trial period ends. This is referred to as negative option, or continuity billing. Therefore, it is important to ensure that you are fully aware of the terms associated with each product before you order. To make this easier for you, we have included links to the billing terms for each of the products below. Please keep in mind that these are separate companies and we are not the best source for information about orders or specific policies. Because these companies control their own policies, shipping and other fees may change periodically.

***LeanSpa Acai T&C** (the following was taken directly from their website): You will have a 14-day trial period (the 'Trial Period') to try our Product. The Trial Period will start after you place your order, and will end at 11:59 p.m. Eastern Standard Time on the 14th day. Upon shipment of your trial supply your credit card will be charged shipping and handling charges of $4.95 for your trial bottle. Canceling During Trial Period: If you wish to cancel your order within your Trial Period, simply call our Customer Care Department at 888-839-9990 and inform us that you wish to cancel (or visit www.leanspa.com/page/returns and follow the prompts on the website to cancel), then return your trial bottle (even if it's empty!) within 30 days from canceling, by the method set forth in Section 3, below. If you cancel within the Trial Period and return your trial bottle within 30 days after canceling, you will not incur any further charges. If you cancel but do not return the bottle, your credit card will be charged $79.99 for the 30-day supply. You also are responsible for all shipping charges to return the Product to us. The free pedometer included with your trial purchase is yours to keep even if you cancel your enrollment, during the Trial Period or at any other time. .

***South Beach Java T&C** (the following was taken directly from their website): When you place your initial order by clicking the "Submit & Confirm", we will send you 1 bottle (a 30 day supply) of South Beach Java, and your credit card provided today will be charged $69.95 (plus s&h) and in approximately 30 days you will be charged $69.95 plus a shipping and handling charge of $4.95 for your second bottle of South Beach Java which then qualifies you for our Rebate Program. If you qualify for our Mail-In Rebate Program (see below), you can receive a rebate of $69.95, providing you with one FREE bottle of South Beach Java. If you have any questions, please contact our Customer Service Department online at www.getvitacleanse.com/rebate/info/4.php or call us at 1-888-950-3438. Today's charges and future charges will appear on your credit card as Swiss Sciences Nutrition.

FTC-LS 000291