# EXHIBIT H



Combine with a proper diet and exercise.
LEANSpa™ with AÇAÍ
THE PROPER WEIGHT LOSS SYSTEM
Try it TODAY!
Clinically Tested to Reduce Belly Fat!*
WARNING:
The LeanSpa Weight Loss System is an advanced weight loss system designed to work fast and naturally for Proper Weight Loss!**
BURN FAT* LOSE WEIGHT!
LeanSpa is an all natural clinical strength dietary formulation which contains key ingredients including a highly bioavailable (-)-hydroxycitric acid and niacin bound chromium which, combined with diet and exercise, has been shown to:
Reduce Belly Fat*
Improve Muscle Mass*
Boost Metabolism*
Burn More Calories with Advanced Thermogenics*
Curb Appetite and Food Intake*
100% SATISFACTION GUARANTEE
ACT NOW TO CLAIM YOUR
TRIAL BOTTLE! PLUS S&H
HURRY! LIMITED TO 1 ORDER PER HOUSEHOLD
WHERE SHOULD WE SEND YOUR
TRIAL BOTTLE?
ENTER YOUR SHIPPING INFORMATION
First Name:
Last Name:
Address:
Zip Code:
State: Select state
City:
Phone:
Email:
SEND ME MY TRIAL ORDER PLUS S&H
McAfee SECURE
securityMETRICS Credit Card SAFE
Secure and Safe Transactions
Change Your Body with LEANSPA!*
In a pilot study on 17 subjects, the LeanSpa Formula showed a significant, average weight loss over a 2-month period. More important, the change in weight was PROPER weight loss in that the subjects lost fat while gaining muscle. Under the usual dieting regimen, weight loss from dietary changes alone causes loss of muscle as well as fat.
Also, many weight loss/dieting regimens result in bone mineral loss, an undesirable outcome. This was not the case with LeanSpa. Much of the observed fat loss in this study occurred in the abdominal region, the area of most concern to physicians. Decreases in abdominal fat are important to physicians who understand that accumulation of fat in this area seems to be closely associated with many chronic disorders, such as blood pressure elevations, diabetes, and perturbations of circulating lipids in the blood.
At least part of the weight loss in this study is accounted for by an 8% increase in basal metabolism, approximating over starting values. Notably, blood pressure and heart rate were virtually unchanged even though a significant increase in the basal metabolic rate occurred. Blood work revealed no significant adverse side effects, and various psychological testings suggest improvement in the quality of life and an improvement in healthy eating habits.
By Dr. Harry Preuss author of the "The Natural Weight Loss Pharmacy" and leading researcher on dietary supplements.
SEND ME MY TRIAL ORDER PLUS S&H
HURRY! LIMITED TO 1 ORDER PER HOUSEHOLD
Get a Celebrity Looking Body Today!
LEANSPA CLINICAL RESULTS
Actual study participant results
MUSCLE GAIN
FAT LOSS
+5 lbs.
+5.9 lbs.
+3.3 lbs.
SUBJECT: SA
SUBJECT: LRL
SUBJECT: MJN
Lost 13.6 lbs of fat and gained 5 lbs of muscle
Lost 5.1 lbs of fat and gained 5.9 lbs of muscle
Lost 5.4 lbs of fat and gained 3.3 lbs of muscle
-5.1 lbs.
-5.4 lbs.
The Media is SOLD on Acai
Acai Super Fruit
News MEDIA
Acai berries are among the most nutritious foods of the Amazon, rich in B vitamins, minerals, fiber, protein and omega-3 fatty acids. Acai berries also contain oleic acid (omega-9), a beneficial fatty acid (often mistakenly referred to as essential)

*Graph depicts results from 3 individual study subjects out of 17 participants who completed the study. Other individual participant results varied. The study was an open label 60 day short term trial to assess safety and efficacy. LeanSpa continues to invest in research and is in the process of developing next phase research with a larger double blind placebo controlled trial.

**News MEDIA**

Studies show that the acai berry is one of the most nutritious foods in the world. Acai pulp contains 10 times more antioxidants than red grapes and 10 to 30 times the anthocyanins of red wine; a synergy of dietary fiber and phytosterols to help promote cardiovascular and digestive health.

**News MEDIA**

Acai is packed full of antioxidants, amino acids and essential omegas. The pulp also contains a concentration of antioxidants, to help combat premature aging, with 10-30 times the anthocyanins of red wine. Acai has an almost-perfect essential amino acid complex vital to proper muscle contraction and regeneration.

## Real Results with LEANSPA!*

[redacted]

[redacted]

# You Too Can
# Get Thin starting TODAY!

Sculpt your Body and Melt Away Tummy Fat with an Optimum Combination of Weight-Loss Ingredients*

### Acai
The Acai Berry has one of the highest antioxidant value of any edible substance in the world - 50 times that of red grapes!

### Green Tea
Green tea helps promote fat burning and provides EGCG, a powerful metabolism booster and an essential anti-oxidant.

### Octopamine HCL
Octopamine HCL stimulates receptors involved in the processes of fat metabolism that directly cause fatty acids to be released from the adipose tissue and metabolized.

### Caffeine
Caffeine acts as a dietary aid to promote increased fat oxidation and breakdown.

### 5-Hydroxytryptophan
5-HTP increases the production of serotonin. Serotonin is essential for weight loss as it is a brain chemical which controls appetite. Serotonin is the satiety or satisfaction chemical. When your brain makes more serotonin, your appetite is more readily controlled, for example your thirst is when you drink enough water

### Garcinia Cambogia
HCA works by blocking lipogenesis or conversion of starches and sugars into fat that is stored and increases our weight. HCA also lessens existing fat through increased breakdown. Addi tionally,HCA raises the levels of Serotonin that have a role in appetite regulation.

### Chromium
Chromium may help to control type 2 diabetes or the glucose and insulin responses in persons at high risk of developing the disease. Additionally, chromium can have an impact on blood lipid levels. Studies indicate that chromium can decrease total and low-density-lipoprotein (LDL or "bad") cholesterol and triglyceride levels and increased concentrations of apolipoprotein A (a component of high-density-lipoprotein cholesterol known as HDL or "good" cholesterol)







Terms and Conditions | Terms of Use | Privacy Policy | Return Policy | References | Label | Customer Service | LeanSpa Health Plan | FAQ

Have Questions? Feel free to contact Customer Service by calling 1-800-839-9990
Note: Customer pays just shipping and handling fees at sign-up. Customer is responsible for shipping costs on all returns.
Please view our Returns and Refunds Policyfor other restrictions that may apply.

* The statements made on our websites have not been evaluated by the FDA (U.S. Food & Drug Administration). This product is not intended to diagnose, cure or prevent any disease. The information provided by this website or this company is not a substitute for a face-to-face consultation with your health care professional and should not be construed as individual medical advice. Please consult your health care professional before beginning any weight loss or exercise program. If there is a change in your medical condition, please stop using our product and plan immediately and consult your health care professional. LeanSpa is an all natural dietary supplement for use as a weight loss aid. The testimonials on this website are individual cases and do not guarantee that you will get the same results. Typical weight loss results were reported on average at 1 lb -2 lbs per week. Individuals are remunerated. The LeanSpa Weight Loss System is an online program developed by a leading nutritionist and weight management experts who understand that an effective solution for weight loss includes a reduced calorie diet and activity plan for a healthy lifestyle.

All trademarks on this website whether registered or not, are the property of their respective owners. Licensed photos for illustrative purposes only, models are not endorsed. Videos used on this website are actual customer testimonials found through online searches, customers are not endorsed.

**The proper weight system describes our system which encourages exercise, diet, and supplementation with LeanSpa to improve body composition that incorporates fat loss and lean muscle preservation.

© 2010 LeanSpa, LLC. All Rights Reserved

McAfee SECURE TESTED 25-MAR

30 DAY MONEY BACK GUARANTEE

MADE IN THE USA

GET CONNECTED

