# EXHIBIT I







HOME    SLIMFUEL CHALLENGE    TESTIMONIALS    CLINICAL RESEARCH    ADVISORY PANEL    STORE
CUSTOMER SERVICE

# CLINICAL STUDIES

In a pilot study on 17 subjects, the Slimfuel Formula showed a significant, average weight loss over a 2-month period. More important, the change in weight was PROPER weight loss in that the subjects lost fat while gaining muscle. Under the usual dieting regimen, weight loss from dietary changes alone causes loss of muscle as well as fat.

Also, many weight loss/dieting regimens result in bone mineral loss, an undesirable outcome. This was not the case with Slimfuel. Much of the observed fat loss in this study occurred in the abdominal region, the area of most concern to physicians. Decreases in abdominal fat are important to physicians who understand that accumulation of fat in this area seems to be closely associated with many chronic disorders, such as blood pressure elevations, diabetes, and perturbations of circulating lipids in the blood.



### A PILOT STUDY TO EVALUATE THE SAFETY AND EFFICACY OF A NOVEL PROPER WEIGHT LOSS FORMULA

Background: With time, more individuals are falling into the category of over-weight/obese, a state that predisposes them to many unhealthful, chronic perturba-tions. The best way to lose weight is via PROPER weight loss, i.e., lose fat mass while sparing lean muscle mass and bone minerals. Some dietary formulas can safely ac-complish this via multiple mechanisms.

Objective: The purpose of the present pilot study was to examine the efficacy and safety of a fat loss formula that has the potential to enhance PROPER weight loss by influencing a number of physiological mechanisms during a 60-day open-label study of 20 overweight adult.

Table 3 Complete Blood Count (CBC)
Complete Blood Count (CBC) Results

Table 4 Blood Chemistries
Complete Blood Chemistries Results

Table 6 Changes in Body Proportions over Two Months
Complete Changes in Body Proportions over a Two Month span

Terms and Conditions | Privacy Policy | Returns and Refunds Policy | Order status

©AthleanMax Limited. - phone: 1-800-826-8092 | support@lslimfuel.com