ATTACHMENT D

[CASE CAPTION]

NOTICE OF STAY

**PLEASE TAKE NOTICE** that on November __, 2011, the Federal Trade Commission and the State of Connecticut, acting through its Attorney General, filed a Complaint for Permanent Injunction and Other Equitable Relief in the United States District Court for the District of Connecticut, which has been designated as *Federal Trade Commission, et al. v. LeanSpa, LLC, et al.*, Civil Action No. [file number].

**PLEASE TAKE FURTHER NOTICE** that on _____, 2011, the District Court entered an Order granting Plaintiffs' Motion for an *Ex Parte* Temporary Restraining Order, attached hereto as Exhibit A. Section ___ of the Order is titled "Stay of Actions" and stays, during the pendency of the Temporary Receivership, actions against or on behalf of the LeanSpa, LLC, NutraSlim, LLC, and NutraSlim U.K. Ltd. (the "Receivership Defendants").

Accordingly, the above-captioned case as it relates to the Receivership Defendants is subject to the litigation stay in the attached Order issued by United States District Court for the District of Connecticut.

Dated this _____ day of _____ 2011

WILLIAM K. TOM
General Counsel

LEONARD L. GORDON
Regional Director, Northeast Region

_____
Darren H. Lubetzky
David W. Dulabon
Federal Trade Commission
Northeast Region
One Bowling Green, Suite 318
New York, NY 10004
Tel: (212) 607-2898
Fax: (212) 607-2822
Email: dlubetzky@ftc.gov
Email: ddulabon@ftc.gov

John Hughes (CT 05289)
Assistant United States Attorney
Chief of Civil Division
157 Church Street
New Haven, CT 06510
Tel: (203) 821-3700
Fax: (203) 773-5373
John.Hughes@usdoj.gov
Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

GEORGE JEPSEN,
ATTORNEY GENERAL,

_____
Phillip Rosario (CT 00999)
Matthew F. Fitzsimmons (CT 26981)
Jonathan J. Blake (CT 22321)
Office of the Attorney General
110 Sherman Street
Hartford CT 06105
Tel: (860) 808-5400
Fax: (860) 808-5593
Email: Phillip.Rosario@ct.gov
Email: Matthew.Fitzsimmons@ct.gov
Email: Jonathan.Blake@ct.gov
Attorneys for Plaintiff
STATE OF CONNECTICUT