

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
NORTHEAST REGION

One Bowling Green
Suite 318
New York, NY 10004
(212) 607-2829

Leonard L. Gordon
Regional Director

November 15, 2011

*The Clerk is directed to docket This Motion/Letter - So Ordered- Judge Vanessa L. Bryant*

**Via Hand Delivery**

Chambers of the Honorable Vanessa L. Bryant
United States District Court Judge
United States Courthouse
450 Main Street, Suite 320
Hartford, CT 06103

Re:   *FTC et al. v. LeanSpa, LLC, et al.*, Case No. 3:11-cv-01715 (VLB)

To the Chambers of Judge Vanessa L. Bryant:

I am writing to notify the Court that the defendants have been served the Ex Parte Temporary Restraining Order and Order to Show Cause ("TRO"), issued by Judge Robert Chatigny in this case. As a result of service of the TRO, plaintiffs request that the seal in this case be lifted.

Respectfully submitted,

Darren Lubetzky