UNITED STATES DISTRICT COURT
for the
District of Connecticut

**FERDERAL TRADE COMMISSION, et ano.**
_____
*Plaintiff*

v.

**LEANSPA, LLC, et al.**
_____
*Defendant*

)
)
)
)
)
)

Case No.    **3:11-cv-1715 (VLB)**

## NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Defendant Richard Chiang**
_____.

Date:   **August 15, 2012**

**/s/ Walter P. Loughlin**
_____
*Attorney's signature*

**Walter P. Loughlin (CT 372525)**
_____
*Printed name and bar number*

**K&L Gates LLP**
**599 Lexington Avenue**
**New York, New York 10022**
_____
*Address*

**Walter.Loughlin@klgates.com**
_____
*E-mail address*

**(212) 536-3900**
_____
*Telephone number*

**(212) 536-3901**
_____
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on **August 15, 2012**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Walter P. Loughlin
_____
*Attorney's signature*