# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FEDERAL TRADE COMMISSION, and
STATE OF CONNECTICUT,

      Plaintiffs,

v.

LEANSPA, LLC; NUTRASLIM, LLC;
NUTRASLIM U.K. LTD, also d/b/a LEANSPA
U.K. LTD.; BORIS MIZHEN, individually and as
an officer of LEANSPA, LLC, NUTRASLIM, LLC,
and NUTRASLIM U.K. LTD; LEADCLICK MEDIA,
INC.; LEADCLICK MEDIA, LLC; RICHARD CHIANG,
individually and as an officer of LEADCLICK MEDIA INC.,

      Defendants, and

ANGELINA STRANO,

      Relief Defendant.

**CASE NUMBER:** 3:11-cv-1715 (VLB)

## APPEARANCE

**To the Clerk of this Court and all parties of record:**

**Enter my appearance as counsel in this case for:** Defendant, Richard Chiang, Individually

September 27, 2012
**Date**

ct05103
**Connecticut Federal Bar Number**

(860) 278-5555
**Telephone Number**

(860) 249-0012
**Fax Number**

jcowdery@cemlaw.com
**E-mail Address**

//s// (James T. Cowdery- ct05103)
**Signature**

James T. Cowdery, Esq.
**Print Clearly or Type Name**

Cowdery, Ecker & Murphy, L.L.C.
280 Trumbull Street, 22nd Floor
**Address**

Hartford, CT 06103
**Address**

## CERTIFICATE OF SERVICE

**This is to certify that the foregoing Appearance was mailed on this date to the following:**

I hereby certify that on September 27, 2012, a copy of the foregoing Appearance was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


                                        ___//s// (James T. Cowdery - ct05103)___
                                        James T. Cowdery, Esquire