UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and<br><br>STATE OF CONNECTICUT,<br><br>    Plaintiffs,<br><br>    v.<br><br>LEANSPA, LLC, a Connecticut limited liability company,<br><br>NUTRASLIM, LLC, a Connecticut limited liability company,<br><br>NUTRASLIM U.K. LTD, also d/b/a LEANSPA U.K. LTD., an United Kingdom limited liability company,<br><br>BORIS MIZHEN, individually and as an officer of LEANSPA, LLC, NUTRASLIM, LLC, and NUTRASLIM U.K. LTD,<br><br>LEADCLICK MEDIA, INC., a California corporation, and LEADCLICK MEDIA, LLC, as a successor limited liability company, and<br><br>RICHARD CHIANG, individually and as an officer of LEADCLICK MEDIA, INC.,<br><br>    Defendants, and<br><br>ANGELINA STRANO, and<br><br>CORELOGIC, INC., a Delaware corporation,<br><br>    Relief Defendants. | Case No. 3:11-CV-1715 (JCH)<br><br>The Honorable Janet C. Hall<br><br>March 19, 2014 |

**JOINT STATUS REPORT**

Pursuant to this Court's Scheduling Order (Dkt No. 212), the undersigned counsel submit this joint status report addressing the following matters: (1) pending motions; (2) current deadlines and case management schedule; (3) a description of discovery conducted up to date; and (4) any amendments to pleadings or dispositive motions contemplated.

## I. **Pending Motions**

There are no motions pending at this date.

## II. **Current Deadlines and Case Management Schedule**

The following deadlines are applicable by order of the Court or agreement of the parties:

- All discovery is completed by **March 17, 2014,** with the exception of a deposition of WebApps, LLC scheduled for March 19, 2014 due to scheduling conflicts;
- Any motion related to preclusion of an expert must be filed by **April 21, 2014**; and
- All dispositive motions must be filed by **April 21, 2014**;

## III. **Description of Discovery Conducted Up to Date**

Since the parties' December 20, 2013 Status Report (Dkt No. 271), Plaintiffs and defendant LeadClick Media, LLC, as successor to LeadClick Media, Inc. ("LeadClick") and relief defendant CoreLogic, Inc. have completed document productions and taken depositions of fact and expert witnesses.

On December 23, 2013, Plaintiffs and defendants Boris Mizhen, LeanSpa, LLC, NutraSlim, LLC, and NutraSlim, U.K., Ltd. (collectively, "LeanSpa Defendants"), and relief defendant Angelina Strano ("Strano") submitted a joint motion for permanent injunction and monetary judgment as to the LeanSpa Defendants and Strano. (Dkt. No. 272). On January 7, 2014, the Court granted this joint motion and entered a final judgment against the LeanSpa Defendants and Strano. (Dkt. No. 274).

On February 21, 2014, Plaintiffs and defendant Richard Chiang ("Chiang") submitted a joint motion for a permanent injunction and monetary judgment as to Chiang.  (Dkt No. 283). On February 28, 2014, the Court granted this joint motion and entered a final judgment against Chiang.  (Dkt Nos. 285, 286.)

### IV. Amendments to Pleadings or Dispositive Motions Contemplated

Plaintiffs intend to file summary judgment motions as to Defendant LeadClick and relief defendant CoreLogic.

Defendant LeadClick and relief defendant CoreLogic intend to file summary judgment motions.

**FOR PLAINTIFF, FEDERAL TRADE COMMISSION**

By:  /s/  Darren Lubetzky               Date: March 19, 2014
Darren H. Lubetzky (phv04227)
Savvas S. Diacosavvas (phv05494)
Bevin Murphy (phv 06460)
Federal Trade Commission
One Bowling Green, Suite 318
New York, NY 10004
Tel: (212) 607-2829
Fax: (212) 607-2822
Email: dlubetzky@ftc.gov
Email: sdiacosavvas@ftc.gov
Email: bmurphy1@ftc.gov

**FOR PLAINTIFF, STATE OF CONNECTICUT**

By:   /s/  Jonathan Blake              Date: March 19, 2014
Phillip Rosario (CT 00999)
Matthew F. Fitzsimmons (CT 26981)
Jonathan J. Blake (CT 22321)
Office of the Attorney General
110 Sherman Street
Hartford, CT 06105

Tel: (860) 808-5400
Fax: (860) 808-5593
Email: Phillip.Rosario@ct.gov
Email: Matthew.Fitzsimmons@ct.gov
Email: Jonathan.Blake@ct.gov


**COUNSEL FOR DEFENDANTS, LEADCLICK MEDIA, INC., LEADCLICK MEDIA, LLC, AND RELIEF DEFENDANT, CORELOGIC, INC.**


By: __/s/__Paul Hancock_____        Date: March 19, 2014
Paul F. Hancock
Elisa J. D'Amico
K&L Gates LLP
Southeast Financial Center
200 South Biscayne Boulevard
Suite 3900
Miami, FL 33133
Tel: (305) 539-3300
Fax: (305) 358-7095
Email: paul.hancock@klgates.com
Email: elisa.damico@klgates.com

David A. Bateman
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington  98104-1158
Tel: (206) 370-6682
Fax: (206) 370-6013
Email: david.bateman@klgates.com

David I. Monteiro
K&L Gates LLP
1717 Main Street, Suite 2800
Dallas, Texas 75201
Tel: (214) 939-5462
Fax: (214) 939-5849
Email: david.monteiro@klgates.com

Walter P. Loughlin
K&L Gates LLP
599 Lexington Avenue
New York, NY 10002
Tel: (212) 536-3900
Fax: (212) 536-3901
Email: walter.loughlin@klgates.com

## **CERTIFICATE OF SERVICE**

      This is to certify that on the 19th day of March 2014, I electronically filed the foregoing Status Report with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

                      */s/ __Darren Lubetzky_____*
                      Darren H. Lubetzky   (PHV04227)
                      Federal Trade Commission
                      Northeast Region
                      One Bowling Green, Suite 318
                      New York, NY 10004
                      Phone: (212) 607-2808
                      Fax: (212) 607-2822
                      Email: dlubetzky@ftc.gov