UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FEDERAL TRADE COMMISSION
STATE OF CONNECTICUT
    Plaintiff
    v.                                              3:11cv1715(JCH)

LEANSPA, LLC, NUTRASLIM, LLC,
NUTRASLIM U.K. LTD., BORIS MIZHEN,
LEADCLICK MEDIA, INC. RICHARD CHIANG,
ANGELINA STRANO, CORELOGIC, INC.
    Defendant

## AMENDED J U D G M E N T

    This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of plaintiffs' and defendants' Motions for Summary Judgment and USCA Mandate issued on 11/16/2016 after Appeal filed by defendants LeadClick Media, LLC and CoreLogic.

    The Court has reviewed all of the papers filed in conjunction with the Motions and on March 5, 2015, entered a Ruling granting the plaintiffs' Motion and denying defendants' Motions for Summary Judgment entering judgment in favor of plaintiffs and against defendants.

    In addition, on February 28, 2014, the court entered a Stipulated Order with Final Judgment, Permanent Injunction, and Monetary Relief as to defendant Richard Chiang.

    Additionally, on 11/16/2016 the U.S. Court of Appeals issued a Mandate, affirming in part and reversing in part the District Court's Ruling.  The district court's judgment imposing liability on the defendants is AFFIRMED with respect to LeadClick

and REVERSED with respect to CoreLogic, and the case was REMANDED with instructions to the district court to enter judgment in favor of CoreLogic.

Therefore, it is ORDERED, ADJUDGED and DECREED that judgment is entered in favor of plaintiffs and nominal defendant, CoreLogic and against defendants, in accordance with the court's Ruling, Stipulated Order and Mandate of the USCA issued on 11/16/2016, and the case is closed.

Dated at New Haven, Connecticut, this 2nd Day of December, 2016.

               Robin D. Tabora, Clerk

               By /s/ Diahann Lewis
Entered on Docket 12/2/2016       Deputy Clerk